# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | | |
|---|---|---|
| Susan Hale | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  3:18-CV-238 |
| Commissioner of Social Security | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:  Case is remanded tothe commissioner under the fourth sentence of 42 U.S.C. § 405(g) for an immediate
award of benefits for the closed period of October 17, 2006, through June 2, 2015, case is terminated on
the Court's docket

This action was *(check one)*:

❐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge  Michael J. Newman _____ on a motion for

Decision and Entry

Date:  __8/6/2019__

CLERK OF COURT

*Signature of Clerk or Deputy*